# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br>vs.<br>CIRILO FLORES-PEREZ,<br><br>                                  Defendant. | CASE NO. 03CR2390-L<br><br>ORDER UNSEALING TRANSCRIPT OF DEPOSITION FOR DISCOVERY PURPOSES ONLY |

The transcript of a deposition taken on September 9, 2003, involving a juvenile material witness in case 03CR2390-L, is hereby unsealed, for the purpose of providing a copy of the transcript to Cirilo Flores-Perez's current defense counsel, Roseline Feral.  The material witness  in case 03CR2390-L is now twenty years old.

**IT IS SO ORDERED.**

DATED: October 18, 2007

_____
M. James Lorenz
United States District Court Judge

cc:        all parties in case 07cr1477